UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

AHMOND MASON,  CIVIL DOCKET NO. 1:20-CV-525-P
Plaintiff

VERSUS  JUDGE DRELL

RAPIDES PARISH DETENTION  MAGISTRATE JUDGE PEREZ-MONTES
CENTER I, *ET AL.*,
Defendants

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein (ECF No. 8) and after a *de novo* review of the record including the Objection filed by Petitioner (ECF No. 10), and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that the Complaint (ECF No. 1) is hereby DENIED and DISMISSED WITH PREJUDCE under 28 U.S.C. §§ 1915(e)(2)(b) and 1915A.

The Clerk of Court is instructed to send a copy of this Judgment to the keeper of the three strikes list in Tyler, Texas.

THUS DONE AND SIGNED at Alexandria, Louisiana, this 7 day of July, 2020.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE